Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAIDAR A. AL NAJAR,

                Plaintiff,

      v.

ALBERTO R. GONZALES, et al.,

                Defendants.

No. C07-00183RSM

JOINT STIPULATION FOR REMAND AND DISMISSAL

COMES NOW the Plaintiff, by and through his counsel, Bart Klein, and the Defendants, by and through their counsel, Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and hereby stipulate to remand and dismissal of Plaintiff's Complaint.

WHEREAS this case is an action for a judicial hearing on Plaintiff's application for naturalization, based on U.S. Citizenship and Immigration Services' alleged delay in adjudicating the matter. See INA § 336(b), 8 U.S.C. § 1447(b).

WHEREAS the parties have been advised that subsequent to filing of the suit, necessary background checks and investigations have been completed and CIS is now ready to complete its adjudication of, and issuance of a decision on, the application for naturalization.

NOW THEREFORE, the parties, through their respective counsel of record, HEREBY STIPULATE, AGREE, AND JOINTLY MOVE, that this Court may make the following order:

JOINT STIPULATION FOR
REMAND AND DISMISSAL – 1
(C07-00183-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1. The Plaintiff's naturalization application is REMANDED to U.S. Citizenship and Immigration Services for adjudication of, and issuance of a decision on, said application within 30 days after entry of this Order;

2. This action is DISMISSED WITHOUT PREJUDICE; and

3. The Court shall retain jurisdiction to enforce the terms of this stipulation.

SO STIPULATED.

DATED this 4th day of June, 2007.

/s/ Bart Klein
BART KLEIN, WSBA #10909
Attorney for Plaintiff

SO STIPULATED.

DATED this 4th day of June, 2007.

JEFFREY C. SULLIVAN
United States Attorney

/s/ Kristin Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that:

1. The Plaintiff's naturalization application is REMANDED to U.S. Citizenship and Immigration Services for adjudication of, and issuance of a decision on, said application within 30 days after entry of this Order;

2. This action is DISMISSED WITHOUT PREJUDICE; and

3. The Court shall retain jurisdiction to enforce the terms of this stipulation.

DATED this _11_ day of June, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR
REMAND AND DISMISSAL – 2
(C07-00183-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970